CLEar: 213400100082

# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CSI | 9619716 | Ruiz S. | 8021 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged: ☐ CFR ☐ USC ✓State Code |
|---|---|
| 03/27/2021 1706 | HEALTH, SAFETY/CO 11364 |

Place of Offense

GATE 5 ACCESS LANE ADJACENT BL 680

Offense Description: Factual Basis for Charge                    HAZMAT ☐

POSSESION OF DRUG PARAPHERNALIA

### DEFENDANT INFORMATION

Last Name
HAMILTON

First Name
LINDA

M.I.
5.

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $     Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $     Total Collateral Due |

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 333 WEST BROADWAY. ROOM 420 SAN DIEGO CA 92101 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    REFUSED TO SIGN

Original - CVB Copy

*9619716*

---

(For issuance of an arrest warrant or summons)

I state that on **MARCH 27**, 20 **21** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   03/27/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/07/2021 14:46